RMCB COLLECTION AGENCY

RETRIEVAL MASTERS CREDITORS BUREAU, INC.
2269 S. Saw Mill River Road, Building 3
Elmsford, NY 10523

**PIN NUMBER: 7048021062**
01 DT1 SAU SAUSSA940370427

1-800-365-3638
1-914-345-7125

Christine Gould
70 Roslyn Ave.
Cranston, RI 02910-4117

March 8, 2006

**RE: Magickal Revelations For Daily Success Skye Alexan**

Dear Christine Gould:

Our client, **Skye Alexander,** has asked us to contact you regarding your account. **Skye Alexander** is worried about your well being as several notices have been mailed to you but remain unanswered. Our client trusted you and believes there is a good reason for your nonpayment of the above merchandise.

The amount due to clear your account is **$96.75**. If there is a problem which has caused you to withhold payment, let us know, and we will gladly straighten it out.

See the reverse side of this letter for important information about your rights. If you do not respond, you will be subject to additional collection efforts.

DETACH HERE

ACA INTERNATIONAL The Association of Credit and Collection Professionals Member

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Sincerely,

Joseph Howard

Collection Supervisor

DETACH HERE

RMCB
PO BOX 1234
ELMSFORD, NY 10523-0934

| | |
|---|---|
| You Owe: | **Skye Alexander** |
| Amount Due: | **$96.75** |
| Charge Date: | October 20, 2005 |
| | 097 |
| Account #: | **SAUSSA940370427** |

054326 [*] 060306

SAU09675SAUSSA9403704274

**EXHIBIT 1**