UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTINE J. GOULD

VS

CASE NO. 06-555-S
(JURY TRIAL DEMANDED)

RETRIEVAL-MASTERS CREDITORS BUREAU, INC
d/b/a RMCB COLLECTION AGENCY

**AFFIDAVIT OF COMPLIANCE**

NOW COMES, Michael S. Pezzullo, Esq., Attorney for the Plaintiff after being duly sworn upon oath, makes this affidavit and states as follows:

In accordance with Fed. R. Civ. P. 4(h) on December 26, 2006, I served by registered and certified mail return receipt requested, a copy of the Summons and Compliant in the above-captioned action on the Defendant, RETRIEVAL-MASTERS CREDITORS BUREAU, INC d/b/a RMCB COLLECTION AGENCY, at its principal place of business located at 2269 S. Saw Mill River Road, Building #3, Elmsford, New York, as evidenced by the attached return receipt and US Post Office Track and Confirm Report.

Michael S. Pezzullo (signature)
Michael S. Pezzullo (5489)
Affiant
303 Jefferson Blvd
Warwick RI 02888
Tel: 401-921-4800
Fax: 401-921-4805

STATE OF RHODE ISLAND
COUNTY OF KENT

Subscribed and sworn to before me this 28th day of December, 2006

Keri L. Anzivino (signature)
Notary Public
Print Name: Keri L. Anzivino
My Commission expires: 08/17/2009

UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1350 0002 5222 1875**
Status: **Delivered**

Your item was delivered at 10:15 AM on December 26, 2006 in ELMSFORD, NY 10523.

Track & Confirm
Enter Label/Receipt Number.
Go >

Notification Options

Track & Confirm by e[mail]
Get current event inform[ation]

POSTAL INSPECTORS
Preserving the Trust

Premier Accounts
Privacy Policy

7004 1350 0002 5222 1875

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | -0- |
| Total Postage & Fees | $ 4.88 |

Postmark Here

Sent To Retrieval-Masters Creditors Bureau, Inc d/b/a RMCB Collection Agency
Street, Apt. No.; or PO Box No. c/o Russell Fuchs Pres. 2269 S. Saw Mill River Road; Bldg #3
City, State, ZIP+4 Elmsford NY 10523

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Retrieval-Masters Creditors Bureau, Inc
d/b/a RMCB Collection Agency
Attn - Russell Fuchs - President
2269 S. Saw Mill River Road
Building #3
Elmsford NY 10523

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Franklin Martinez ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 26 2006 USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7004 1350 0002 5222 1875

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Michael S. Pezzullo
Attorney at Law

303 Jefferson Boulevard, Warwick, Rhode Island 02888
Tel: 401-921-4800
Fax: 401-921-4805

December 22, 2006

RETRIEVAL-MASTERS CREDITORS BUREAU, INC
d/b/a RMCB COLLECTION AGENCY
2269 S. Saw Mill River Road; Building #3
Elmsford NY 10523

Attn: Russell Fuchs - President / Chairman / Chief Executive Officer

RE: *Gould v Retrieval Masters Creditors Bureau, Inc d/b/a RMCB Collection Agency*, CA No 06-555-S

SERVED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED NO. 7004 1350 0002 5222 1875

Dear Sir/Madam:

Please be advised that this office represents Christine J. Gould, as plaintiff's counsel in the above-referenced matter currently pending in United States District Court for the District of Rhode Island.

Pursuant to Rule 4(h) of the *Federal Rules of Civil Procedure*, enclosed please find a Summons and Verified Complaint against your company, relative to the above-entitled matter.

Sincerely,

Michael S. Pezzullo

Enclosures