**SHERIFF'S CERTIFICATE OF SERVICE (C.P.L.R. 306)**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CHRISTINE J GOULD** Planitiff/Petitioner

*- against-*

**RETRIEVAL MASTERS CREDITORS BUREAU INC D/B/A RMCB COLLECTION AGENCY** Defendant/Respondent

I, Thomas Belfiore, Commissioner-Sheriff of the County of Westchester, New York do hereby certify that on the 1/3/2007 at 12:15PM service was effected of the annexed SUMMONS AND VERIFIED COMPLAINT in the above entitled action or proceeding by my undersigned Police Officer THOMAS WHITING, upon RETRIEVAL MASTERS CREDITORS BUREAU INC D/B/A RMCB COLLECTION AGENCY the corporation named therein as defendant by personally serving JEFF WOLLMAN, COMPLIANCE OFFICER authorized to accept, in said action or proceeding at 2269 S SAW MILL RIVER ROAD BUILDING #3 ELMSFORD, NY 10523.

JEFF WOLLMAN Description:

| | |
|---|---|
| Approximate Age: 40/45 | Sex: MALE |
| Approximate Weight: 180 LBS. | Height: 5'9" |
| Color of Skin: WHITE | Hair: BROWN |

Date: January 3, 2007

P.O. T. Whiting #142
Police Officer THOMAS WHITING

Sworn to before me
on this 3rd day of
January 2007

William A. Johnson

WILLIAM A. JOHNSON
Notary Public, State of New York
No. 60-4979231
Qualified in Westchester County
Commission Expires April 3, 2007

Thomas Belfiore
THOMAS BELFIORE
Commissioner-Sheriff
Westchester County

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

RHODE ISLAND

CHRISTINE J. GOULD

V.

RETRIEVAL-MASTERS CREDITORS BUREAU, INC.
d/b/a RMCB COLLECTION AGENCY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06-555 S

TO: (Name and address of Defendant) RETRIEVAL-MASTERS CREDITORS BUREAU, INC
d/b/a RMCB COLLECTION AGENCY
2269 S. Saw Mill River Road; Building 3
Elmsford NY 10523
by and through its President, Chairman
and/or Chief Executive Officer Russell Fuchs,
2269 S. Saw Mill River Road; Building 3
Elmsford NY 10523

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL S. PEZZULLO, ESQ. (5489)
303 Jefferson Boulevard
Warwick, Rhode Island, 02888

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

12-22-06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.