UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTINE J. GOULD

VS

CASE NO. 06-555-S
(JURY TRIAL DEMANDED)

RETRIEVAL-MASTERS CREDITORS BUREAU, INC
d/b/a RMCB COLLECTION AGENCY

**LATE ENTRY STIPULATION**

It is hereby agreed that the following entry shall be made in the above-captioned action:

1. The Defendant shall have up to, and including, February 23, 2007, in which to answer and/or otherwise respond to the Plaintiff's Verified Complaint. The answer/response shall have the same force and effect as if timely filed and served.

Plaintiff,
by her Attorney,

/S/

Michael S. Pezzullo (5489)
303 Jefferson Boulevard
Warwick RI 02888
Tel: 401-921-4800
Fax: 401-921-4805

Dated: January 19, 2007