UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTINE J. GOULD

VS

CASE NO. 06-555-S
(JURY TRIAL DEMANDED)

RETRIEVAL-MASTERS CREDITORS BUREAU, INC
d/b/a RMCB COLLECTION AGENCY

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES the Plaintiff in the above-captioned matter and pursuant to Fed. R. Civ. P. 41(a)(1)(i) hereby dismisses her Complaint with prejudice. No interest. No costs. No attorney's fees.

Plaintiff,
By her Attorney,

/s/ ______________________________

_____________________
Date

Michael S. Pezzullo (5489)
303 Jefferson Blvd
Warwick RI 02888
Tel: 401-921-4800
Fax: 401-921-4805